IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:17-CV-63-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GONZALES' PERSONAL PROPERTY SPECIFICALLY DESCRIBED AS: A HIPOINT PISTOL, MODEL C9, 9MM, SERIAL NUMBER P1266672; A JIMENEZ ARMS PISTOL, MODEL J.A., NINE, 9MM, SERIAL NUMBER 117737; A SAVAGE ARMS, INC. RIFLE, MODEL STEVENS 62, .22 CALIBER, SERIAL NUMBER OBLITERATED; A SAVAGE ARMS, INC. RIFLE, MODEL STEVENS 62, .22 CALIBER, SERIAL NUMBER L288864, AND ANY AND ALL ACCOMPANYING AMMUNITION, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear,

plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 8 day of September, 2017.

						/s/ Peter A. Moore, Jr.
						_____
						PETER A. MOORE, JR., Clerk
						U. S. District Court
						Eastern District of North Carolina