IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:17-CV-63-BR

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
GONZALES' PERSONAL PROPERTY SPECIFICALLY DESCRIBED AS: A HIPOINT PISTOL, MODEL C9, 9MM, SERIAL NUMBER P1266672; A JIMENEZ ARMS PISTOL, MODEL J.A., NINE, 9MM, SERIAL NUMBER 117737; A SAVAGE ARMS, INC. RIFLE, MODEL STEVENS 62, .22 CALIBER, SERIAL NUMBER OBLITERATED; A SAVAGE ARMS, INC. RIFLE, MODEL STEVENS 62, .22 CALIBER, SERIAL NUMBER L288864, AND ANY AND ALL ACCOMPANYING AMMUNITION, )
)
Defendants. )

---

**DEFAULT JUDGMENT**

---

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the defendants, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the U. S. Bureau of Alcohol, Tobacco, Firearms and Explosives pursuant to said process;

2. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

4. On September 8, 2017, this Court entered Default in this action at Docket Entry #9;

5. The U. S. Bureau of Alcohol, Tobacco, Firearms and Explosives is hereby directed to dispose of the defendants according to law, including destruction; and

6. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

This 1 October 2017.

W. Earl Britt
Senior U.S. District Judge